JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTOPHER HASSELL,<br><br>Plaintiff,<br><br>vs.<br><br>CHASE BANK, N.A., and DOES 1 TO 10, inclusive,<br><br>Defendants. | **Case No.**<br>**2:14-cv-02317-RGK-CW**<br><br>**Honorable R. Gary Klausner**<br><br>**[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT** |

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff, KRISTOPHER HASSELL, against Defendants CHASE BANK, N.A., and DOES 1 TO 10, inclusive, are dismissed, with prejudice. Plaintiff, KRISTOPHER HASSELL, and Defendants CHASE BANK, N.A., shall each bear their own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: June 13, 2014

_____

District Court Judge

Central District of California